**E. REGENSBURG & SONS, Appellant, v. Joseph T. HIGGINS, Individually and as Collector of Internal Revenue for the Third District of New York, Respondent.**

**No. 171.**

Circuit Court of Appeals, Second Circuit.

Jan. 17, 1936.

See, also, 79 F.(2d) 516.

Paskus, Gordon & Hyman, of New York City (Arthur B. Hyman, Joseph C. Slaughter, and Chas. H. Lieb, all of New York City, of counsel), for appellant.

Frank J. Wideman, Asst. Atty. Gen., James W. Morris, Sewall Key, and Andrew W. Sharpe, Sp. Assts. to Atty. Gen. (F. W. H. Adams, U. S. Atty., Francis H. Horan and Edward J. Ennis, Asst. U. S. Attys., and William F. Young, Sp. Asst. to U. S. Atty., all of New York City, of counsel), for respondent.

Before MANTON, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

Decree reversed and cause remanded to the District Court, with directions to enter a decree enjoining collection of the tax. An appropriate order shall be entered directing the repayment to the plaintiff of any cash, bonds, or funds which have been impounded or deposited pendente lite in conformity with the order of the court below. Rickert Rice Mills, Inc., v. Fontenot, 56 S.Ct. 374, 80 L.Ed. ——, January 13, 1936.

**Nelson H. GREEN, as Receiver, etc., v. Jessie HERTER et al.**

**No. 5594.**

Circuit Court of Appeals, Seventh Circuit.

Dec. 14, 1935.

R. L. Northcutt, of Beardstown, Ill., for appellant.

Charles Ray Gruny, of Jacksonville, Ill., for appellees.

PER CURIAM.

It is now here ordered, adjudged, and decreed by this court that this appeal be, and the same is hereby, dismissed. It is further ordered that each party pay its own costs.

**The HENRIETTA MILLS, Appellant, v. James J. HOEY, Individually and as Collector of Internal Revenue for the Second Collection District of New York, Appellee.**

**BEAVER MILLS, Appellant, v. James J. HOEY, Individually, and etc., Appellee.**

**CLYDE FABRICS, Inc., Appellant, v. James J. HOEY, Individually, and etc., Appellee.**

**MARTEL MILLS CORPORATION, Appellant, v. James J. HOEY, Individually, and etc., Appellee.**

**Nos. 189, 186, 188, 187.**

Circuit Court of Appeals, Second Circuit.

Jan. 17, 1936.

See, also, E. Regensburg & Sons v. Higgins, 79 F.(2d) 516.

Sullivan & Cromwell, of New York City (David W. Peck, Francis H. Baldy, and John F. Dooling, Jr., all of New York City, of counsel), for appellants.

Frank J. Wideman, Asst. Atty. Gen., James W. Morris, Sewall Key, and Andrew W. Sharpe, Sp. Assts. to Atty. Gen. (F. W. H. Adams, U. S. Atty., Francis H. Horan and Edward J. Ennis, Asst. U. S. Attys., and William F. Young, Sp. Asst. to U. S. Atty., all of New York City, of counsel), for appellees.

Before MANTON, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

Decree reversed, and cause remanded to the District Court, with directions to enter a decree enjoining collection of the tax. An appropriate order shall be entered directing the repayment to the plaintiff of any cash, bonds, or funds which have been

impounded or deposited pendente lite in conformity with the order of the court below. Rickert Rice Mills, Inc., v. Fontenot, 56 S.Ct. 374, 80 L.Ed. ——, January 13, 1936.

In the Matter of Caspar W. HODGSON, Debtor Appellant. Mildred F. FORTUNATO, Appellee.

No. 114.

Circuit Court of Appeals, Second Circuit.

Dec. 9, 1935.

Joseph A. Nickerson, of Scarsdale, N. Y., for appellant.

Mackey, Herrlich & Breen, of New York City (Richard J. Mackey and Joseph J. Marrin, both of New York City, of counsel), for appellee.

Before L. HAND, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

Order (—— F.Supp. ——) affirmed.

HOUBIGANT, Incorporated, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 102.

Circuit Court of Appeals, Second Circuit.

Jan. 17, 1936.

Allen G. Gartner, of Washington, D. C., for petitioner.

Frank J. Wideman, Asst. Atty. Gen., and J. Louis Monarch and Maurice J. Mahoney, Sp. Assts. to Atty. Gen., for respondent.

Murray, Hollaman & Lockwood, of New York City (R. D. Murray and Edward H. Lockwood, both of New York City, of counsel), for Doshi Trading Co., Limited, amicus curiæ.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Decision affirmed.

HYGRADE FOOD PRODUCTS CORPORATION, Appellant, v. James J. HOEY, Individually and as Collector of Internal Revenue, Respondent.

No. 168.

Circuit Court of Appeals, Second Circuit.

Jan. 17, 1936.

See, also, E. Regensburg & Sons v. Higgins, 79 F.(2d) 516.

Miller, Owen, Otis & Bailly, of New York City (Nathan L. Miller and Harold J. Gallagher, both of New York City, of counsel), for appellant.

Frank J. Wideman, Asst. Atty. Gen., James W. Morris, Sewall Key, and Andrew W. Sharpe, Sp. Assts. to Atty. Gen. (F. W. H. Adams, U. S. Atty., Francis H. Horan and Edward J. Ennis, Asst. U. S. Attys., and William F. Young, Sp. Asst. to U. S. Atty., all of New York City, of counsel), for respondent.

Before MANTON, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

Decree reversed, and cause remanded to the District Court, with directions to enter a decree enjoining collection of the tax. An appropriate order shall be entered directing the repayment to the plaintiff of any cash, bonds, or funds which have been impounded or deposited pendénte lite in conformity with the order of the court below. Rickert Rice Mills, Inc., v. Fontenot, 56 S.Ct. 374, 80 L.Ed. ——, January 13, 1936.

JAMES SPEAR STOVE & HEATING CO., Plaintiff-Appellant, v. GENERAL ELECTRIC CO., Defendant-Appellee.

No. 5726.

Circuit Court of Appeals, Third Circuit.

Oct. 15, 1935.

Rehearing Denied Nov. 29, 1935.